

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00447-CV

Angela **OROZCO** and All Other Occupants,
Appellant

v.

**RESERVE AT PECAN VALLEY APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02643
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal. TEX. R. APP. P. 20.1(b).

SIGNED March 23, 2022.

_____
Beth Watkins, Justice